# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VINCIENT JAMES WALTER WHATLEY, IV, | ) ) ) |
| Plaintiff(s), | ) ) 2:07-cv-1696-RLH-LRL |
| vs. | ) **O R D E R** |
| CITY OF HENDERSON, *et al.*, | ) ) |
| Defendant(s). | ) ) |

Before this Court is the Findings and Recommendation (#10, filed July 27, 2009) of United States Magistrate Judge Lawrence R. Leavitt, entered regarding Plaintiff's failure to pay the appropriate filing fee or file a completed application in support of a request to proceed *in forma pauperis*. No objection was filed to Magistrate Judge Leavitt's Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendation of Magistrate Judge Leavitt should be accepted and adopted.

/ /

1

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Findings and Recommendation (#10 is ACCEPTED and ADOPTED, and the case is dismissed.

Dated:   August 24, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**